

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00252-CV

IN RE PEDISON USA, INC. AND                                    RELATORS
DICKSON EWEMADE

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 048-263530-13

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relators' petition for writ of mandamus and motion for temporary stay and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for temporary stay are denied.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL:  WALKER, MEIER, and SUDDERTH, JJ.

WALKER, J., filed a dissenting opinion.

DELIVERED:  July 27, 2016

---

[1]*See* Tex. R. App. P. 47.4.